IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. BANK, NA, AS SECURITIES )<br>INTERMEDIARY, and THE BANCORP BANK, )<br>)<br>Defendants. ) | C.A. No. 12-47-LPS |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between plaintiff Banner Life Insurance Company, and defendant U.S. Bank N.A., as Securities Intermediary ("U.S. Bank"), subject to the approval of the Court, that the time for U.S. Bank to answer, move or otherwise respond to the complaint is extended until April 9, 2012.

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Karen V. Sullivan<br>Karen V. Sullivan (#3872)<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br>karen.sullivan@dbr.com<br><br>*Attorneys for Plaintiff*<br>*Banner Life Insurance Company*<br><br>Dated: February 6, 2012 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*U.S. Bank N.A.* |

1045574

SO ORDERED, this _____ day of _____, 2012.

_____
United States District Judge