# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. BANK, NA, AS SECURITIES )<br>INTERMEDIARY, and THE BANCORP BANK, )<br>)<br>Defendants. ) | C.A. No. 12-47-RGA |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between plaintiff Banner Life Insurance Company, and defendant U.S. Bank N.A., as Securities Intermediary ("U.S. Bank"), subject to the approval of the Court, that the time for U.S. Bank to answer, move or otherwise respond to the complaint is extended until July 10, 2012.

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Karen V. Sullivan<br>Karen V. Sullivan (#3872)<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br>karen.sullivan@dbr.com<br><br>*Attorneys for Plaintiff*<br>*Banner Life Insurance Company*<br><br>Dated: June 25, 2012 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*U.S. Bank N.A.* |

1064646

SO ORDERED, this _____ day of _____, 2012.

_____
United States District Judge